# EXHIBIT 1

<u>CONSENT TO JOIN COLLECTIVE ACTION</u>

Joseph Lumley v. Premium Velocity Auto, LLC
Pursuant To Fair Labor Standards Act
29 U.S.C. § 216(b)

I consent and agree to pursue overtime claims arising out of my work as a General Manager for Premium Velocity Auto, LLC. My consent encompasses all claims asserted in any count asserted in the above-referenced matter.

I understand I am consenting to join a lawsuit asserting claims under the Fair Labor Standards Act. I consent to being a party plaintiff therein and agree to be bound by any judgment of the court presiding over this action and/or any settlement of this action.

I hereby designate Erbe Law Firm and Shindler, Anderson, Goplerud & Weese to represent me for all purposes of this action. I authorize them to obtain local counsel on my behalf.

I also designate the named plaintiffs as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorney's fees, expenses, and court costs, and all other matters pertaining to this lawsuit.

05/13/2025

_____
Date

_Joseph Lumley_

_____
Signature