UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-02524 |
|---|---|---|---|

| Joseph Lumley |
|---|
| *versus* |
| Premium Velocity Auto, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Harley C. Erbe<br>Erbe Law Firm<br>2501 Grand Ave.<br>Des Moines, IA 50312<br>(515) 229-0202; harleyerbe@erbelaw.com<br>Iowa (AT0002430)<br>Southern District Iowa (AT0002430) |
|---|---|

| Name of party applicant seeks to appear for: | Joseph Lumley |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated:   6/5/2025 | Signed:                    /s/ Harley C. Erbe |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____        _____
                                                                      United States District Judge