# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Joseph Lumley

v.                                          Case Number: 4:25–cv–02524

Premium Velocity Auto, LLC

---

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Lee H Rosenthal**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 8/26/2025

**TIME:** 10:40 AM

**TYPE OF PROCEEDING:** Initial Conference

---

Date:    August 15, 2025                        Nathan Ochsner, Clerk