## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Joseph Lumley

v.                                                    Case Number: 4:25−cv−02524

Premium Velocity Auto, LLC

---

## NOTICE OF RESETTING

## TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 9/19/2025

**TIME:** 10:10 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:    August 22, 2025

Nathan Ochsner, Clerk