**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOSEPH LUMLEY,<br>      Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:25-CV-2524 |
| PREMIUM VELOCITY AUTO, LLC,<br>      Defendant. | §<br>§<br>§ | |

**DEFENDANT PREMIUM VELOCITY AUTO, LLC'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Premium Velocity Auto LLC, ("Defendant" or "Premium Auto") by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 6(b) and Local Rule 7.1, hereby respectfully requests that the Court extend the deadline by which Defendant must respond to Plaintiff's Complaint to October 6, 2025. In support of this Motion, Defendant states as follows:

1.  On May 30, 2025, Plaintiff filed the Complaint in this action. [D.E. 1].

2.  Defendant was served via process server on August 25, 2025.

3.  Therefore, pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendant's response to the Complaint is due on or before September 15, 2025.

4.  Undersigned counsel was just recently retained in this matter, and therefore is in need of an extension of time to review the Complaint and formulate a response thereto.

5.  Accordingly, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, counsel for Defendant requests an extension, up to and including October 6, 2025, to file its answer or response to Plaintiff's complaint.

6.  This request is made in good faith and not to delay or prejudice either party. No party would be prejudiced by the relief requested herein.

7.  This is Defendant's first request for an extension of time.

**WHEREFORE**, Defendant respectfully requests that this Court grant Defendant an extension of time up to and including, October 6, 2025, to respond to the Complaint and for such further relief as this Court deems just and proper.

Dated: September 12, 2025.

Respectfully submitted,

*/s/Andrea E. Cook*
AMY M. STEWART
State Bar No. 24060660
Email: astewart@stewartlawgrp.com
ANDREA E. COOK
State Bar No. 24085969
Email: acook@stewartlawgrp.com
ANDRE D. JOHNSON
State Bar No. 24123462
Email: ajohnson@stewartlawgrp.com
**STEWART LAW GROUP, PLLC**
One Arts Plaza
1722 Routh St., Suite 745
Dallas, Texas 75201
Telephone: (469) 607-2300
Facsimile: (469) 607-2301

**ATTORNEYS FOR DEFENDANT
PREMIUM VELOCITY AUTO, LLC**

## CERTIFICATE OF CONFERENCE

Pursuant to L.R. 7.1(b) the undersigned counsel hereby certifies that she conferred with counsel for Plaintiff via email on September 10, 2025, and is authorized to represent that Plaintiff has no opposition to the relief requested herein.

*/s/ Andrea E. Cook*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 12, 2025, I electronically filed the forgoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via electronic transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Andrea E. Cook*
Andrea E. Cook