## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH LUMLEY,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:25-CV-2524 |
| PREMIUM VELOCITY AUTO, LLC,<br>    Defendant. | §<br>§<br>§ | |

### AGREED ORDER GRANTING DEFENDANT PREMIUM VELOCITY AUTO, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

**THIS CAUSE** came before the Court on Defendant Premium Velocity Auto, LLC'S Unopposed Motion for Extension of Time to Respond to Complaint (the "Motion") [D.E.13]. After review of the file, the Motion, being advised that the Parties are in agreement, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED.**

2. Defendant, Premium Velocity Auto, LLC shall respond to the Complaint on or before October 6, 2025.