United States District Court
Southern District of Texas
**ENTERED**
September 23, 2025
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH LUMLEY, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:25-CV-2524** |
| | § | |
| PREMIUM VELOCITY AUTO, LLC, | § | |
|     Defendant. | § | |

**AGREED ORDER GRANTING DEFENDANT PREMIUM VELOCITY AUTO, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Premium Velocity Auto, LLC, filed an Unopposed Motion for Extension of Time to Respond to Complaint [D.E.13]. After review of the file, the motion, and being advised that the parties are in agreement, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The motion is granted**.**

2. Defendant will respond to the Complaint on or before October 6, 2025.

Signed on __September 23__, 2025.

_____
Lee H. Rosenthal
Senior United States District Judge

**AGREED ORDER GRANTING DEFENDANT PREMIUM VELOCITY AUTO, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT – SOLO PAGE**