IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPH LUMLEY, on behalf of himself and all other similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>PREMIUM VELOCITY AUTO, LLC,<br><br>    Defendant. | CASE NO. 4:25-cv-02524<br><br><br>PLAINTIFF'S NOTICE OF FILING CONSENT |

Plaintiff hereby submits the attached notice(s) of consent:

1. Jeremy Wray.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

**/s/ Rex Burch**
By: _____
Richard J. (Rex) Burch
Texas Bar No. 24001807
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone:    (713) 877-8788
Telecopier:    (713) 877-8065
rburch@brucknerburch.com

J. Barton Goplerud (pro hac vice forthcoming)
Brian O. Marty (pro hac vice forthcoming)
SHINDLER ANDERSON GOPLERUD
& WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone:     (515) 223-4567
Facsimile:     (515) 223-8887
Email:  goplerud@sagwlaw.com
marty@sagwlaw.com

Harley C. Erbe
ERBE LAW FIRM
2501 Grand Avenue, First Floor
Des Moines, Iowa 50312
Office: (515) 281-1460
Mobile: (515) 229-0202
Facsimile: (515) 384-0084
E-Mail: harleyerbe@erbelaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

On October 2, 2025, I served this document via the Court's ECF system.

**/s/ Rex Burch**

_____
Richard J. (Rex) Burch

2

<u>CONSENT TO JOIN COLLECTIVE ACTION</u>

Joseph Lumley v. Premium Velocity Auto, LLC
Pursuant To Fair Labor Standards Act
29 U.S.C. § 216(b)


I consent and agree to pursue overtime claims arising out of my work as a General Manager for Premium Velocity Auto, LLC. My consent encompasses all claims asserted in any count asserted in the above-referenced matter.

I understand I am consenting to join a lawsuit asserting claims under the Fair Labor Standards Act. I consent to being a party plaintiff therein and agree to be bound by any judgment of the court presiding over this action and/or any settlement of this action.

I hereby designate Erbe Law Firm and Shindler, Anderson, Goplerud & Weese to represent me for all purposes of this action. I authorize them to obtain local counsel on my behalf.

I also designate the named plaintiffs as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorney's fees, expenses, and court costs, and all other matters pertaining to this lawsuit.


| 06/06/2025 | |
| --- | --- |
| Date | Signature |

**EXHIBIT 1**