**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOSEPH LUMLEY, on behalf of himself and all other similarly situated,** | §<br>§<br>§ | |
| *Plaintiff,* | §<br>§<br>§ | |
| **v.** | §<br>§ | **CIVIL ACTION NO. 4:25-cv-2524** |
| **PREMIUM VELOCITY AUTO LLC,** | §<br>§<br>§ | |
| *Defendant.* | § | |

**DEFENDANT PREMIUM VELOCITY AUTO, LLC'S**
**ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant Premium Velocity Auto, LLC ("Defendant" or "Premium Velocity") files its

Original Answer and Affirmative Defenses to Plaintiff Joseph Lumley's ("Lumley") Complaint,

and would respectfully show the Court the following:

**INTRODUCTION**

1.      To the extent the allegations contained in Paragraph 1 of the Complaint purport to

characterize Plaintiff's overview and/or summary of his claims, no response is required from

Defendant.

2.      Defendant is unable to admit or deny the allegations contained in Paragraph 2 of

the Complaint and therefore denies the allegations contained in Paragraph 2.

3.      To the extent the allegations contained in Paragraph 3 of the Complaint purport to

characterize Plaintiff's overview and/or summary of his claims, no response is required from

Defendant.

## JURISDICTION AND VENUE

4.      Defendant admits this Court has jurisdiction over this matter because it involves a federal question.

5.      Defendant admits venue is proper in this District.

## PARTIES

6.      Upon information and belief, Defendant admits the allegations contained in Paragraph 6.

7.      Defendant admits the allegations in Paragraph 7.

8.      Defendant admits the allegations in Paragraph 8.

9.      Defendant is unable to admit or deny the allegations contained in Paragraph 9 of the Complaint and therefore denies the allegations contained in Paragraph 9.

## FLSA COVERAGE

10.      Defendant is unable to admit or deny the allegations contained in Paragraph 10 of the Complaint and therefore denies the allegations contained in Paragraph 10.

11.      Defendant is unable to admit or deny the allegations contained in Paragraph 11 of the Complaint and therefore denies the allegations contained in Paragraph 11.

12.      Defendant is unable to admit or deny the allegations contained in Paragraph 12 of the Complaint and therefore denies the allegations contained in Paragraph 12.

13.      Defendant is unable to admit or deny the allegations contained in Paragraph 13 of the Complaint and therefore denies the allegations contained in Paragraph 13.

14.      Paragraph 14 is a legal conclusion to which no response is required.

## FACTUAL ALLEGATIONS

15.      Defendant admits the allegations in Paragraph 15.

16.     Defendant admits the allegations in Paragraph 16.

17.     Defendant is unable to admit or deny the allegations contained in Paragraph 17 of the Complaint and therefore denies the allegations contained in Paragraph 17.

18.     Defendant is unable to admit or deny the allegations contained in Paragraph 18 of the Complaint and therefore denies the allegations contained in Paragraph 18.

19.     Defendant is unable to admit or deny the allegations contained in Paragraph 19 of the Complaint and therefore denies the allegations contained in Paragraph 19.

20.     Defendant admits the allegations in Paragraph 20 as to the compensation policy but is unable to admit or deny the date of the announcement.

21.     Defendant admits the allegations in Paragraph 21.

22.     Defendant denies the allegations in Paragraph 22.

23.     Defendant admits the allegations in Paragraph 23.

24.     Defendant admits the allegations in Paragraph 24.

25.     Defendant admits the allegations in Paragraph 25.

26.     Paragraph 26 is a legal conclusion to which no response is required.

24.     Paragraph 24 is a legal conclusion to which no response is required. (misnumbered)

25.     Upon information and belief, Defendant admits the allegations in Paragraph 25. (misnumbered)

26.     Defendant denies the allegations in Paragraph 26. (misnumbered)

27.     Defendant denies the allegations in Paragraph 27. (misnumbered)

### FLSA COLLECTIVE ACTION ALLEGATIONS

27.     Paragraph 27 is a legal conclusion to which no response is required.

28.     Paragraph 28 is a legal conclusion to which no response is required.

29.     Paragraph 29 is a legal conclusion to which no response is required.

30.     Paragraph 30 is a legal conclusion to which no response is required.

31.     Paragraph 31 is a legal conclusion to which no response is required.

32.     Paragraph 32 is a legal conclusion to which no response is required.

33.     Paragraph 33 is a legal conclusion to which no response is required.

34.     Paragraph 34 is a legal conclusion to which no response is required.

35.     Paragraph 35 is a legal conclusion to which no response is required.

36.     Paragraph 36 is a legal conclusion to which no response is required.

37.     No response to Paragraph 37 is required.

38.     No response to Paragraph 38 is required.

39.     No response to Paragraph 39 is required.

40.     Paragraph 40 is a legal conclusion to which no response is required.

## CLAIM FOR RELIEF

41.     Paragraph 41 is a legal conclusion to which no response is required.

42.     Defendant denies the allegations in Paragraph 42.

43.     Defendant is unable to admit or deny the allegation contained in Paragraph 43 of the Complaint and therefore denies the allegations contained in Paragraph 43.

44.     Defendant is unable to admit or deny the allegation contained in Paragraph 44 of the Complaint and therefore denies the allegations contained in Paragraph 44.

45.     Defendant denies the allegations in Paragraph 45.

46.     Paragraph 46 is a legal conclusion to which no response is required.

47.     Paragraph 47 is a legal conclusion to which no response is required.

48.     Defendant denies the allegations in Paragraph 48.

## AFFIRMATIVE DEFENSES

Without admitting any of the allegations contained in Plaintiff's Original Complaint, except as set forth above, and without admitting or acknowledging that Defendant bears any burden of proof as to any of the allegations contained in the Plaintiff's Original Complaint, Defendant asserts the affirmative and additional defenses listed below. Defendant intends to rely upon other defenses that become available or apparent during pretrial proceedings and/or discovery in this action, and Defendant hereby reserves the right to amend this Answer to assert any such further defenses:

1. Plaintiff fails, under both federal and state law, to state a claim upon which relief can be granted.

2. Defendant is not liable for Plaintiff's claims because Defendant's conduct at all times complied with, or was in good faith conformity, with all applicable contracts, laws, and regulations.

3. Plaintiff's damages, if any, were solely and proximately caused by his own intentional actions, inactions, fault, and/or negligence, which serves to defeat or proportionately diminish Plaintiff's recovery, if any.

4. Plaintiff has not sustained any damages proximately caused by Defendant.

5. Plaintiff failed to mitigate his damages.

6. Plaintiff's damages, if any, were caused by the fault of others over whom Defendant has no control and for whom Defendant has no responsibility.

7. Defendant reserves the right to assert any additional affirmative defenses that may be discovered during additional investigation and discovery.

## **PRAYER**

**WHEREFORE, PREMISED CONSIDERED**, Defendant prays that Plaintiff takes nothing by way of his pleadings and that judgment be entered in favor of Defendant. Further, Defendant seeks to recover its costs and such other further relief, at law or in equity, to which Defendant may be entitled.

Respectfully submitted,

**STEWART LAW GROUP PLLC**

*/s/ Andrea E. Cook*
**Amy M. Stewart**
State Bar No. 24060660
Email: astewart@stewartlawgrp.com
**Andrea E. Cook**
State Bar No. 24085969
Email: acook@stewartlawgrp.com
**Andre D. Johnson**
State Bar No. 24123462
Email: ajohnson@stewartlawgrp.com
One Arts Plaza
1722 Routh St., Suite 745
Dallas, Texas 75201
Telephone: (469) 607-2300
Facsimile: (469) 607-2301

**ATTORNEYS FOR DEFENDANT
PREMIUM VELOCITY AUTO, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Andrea E. Cook*
Andrea E. Cook