# EXHIBIT 1

*General Managers,*

*The leadership a General Manager provides is critical to our success and their presence in their store is essential.  As you know, Managers are required to work a five-day, forty-five minimum open hour work week.  This includes working a minimum of eight (8) hours per day, not including break periods.  GMs should be presenting their work schedule to their District Manager by end of day Tuesday so it can be approved by Wednesday preceding work week and posted on Thursdays.  More details regarding the expected schedule of a General Manager can be found in your Employee Handbook on page 44.  We want to notify you of a change in payroll processing that aligns with this expectation.*

*What's changing:*

- *Beginning June 1, 2024, Payroll will be prorating General Manager pay based on days worked. (For example, a General Manager who works 3 days will be paid for 24 hours)*

*What's not changing:*

- *GMs submit their schedule to their DM on Wednesday and once approved they post it on Thursday.*
- *PTO requests must be submitted and approved by your DM <u>prior</u> to taking the time off.*
- *Expectations that General Managers follow the schedule requirements.*
- *General Managers punching in and out for scheduling purposes.*

Your District Manager is available to answer any questions or concerns that you may have.  Please reach out to them if you have any questions regarding the policy or the process.

Thank you!