# EXHIBIT 2

                                                       **Harley Erbe <harleyerbe@erbelaw.com>**

## Fw: Improper salary deductions

1 message

**Joe Lumley** <joelumley11671@yahoo.com>             Mon, Dec 9, 2024 at 2:12 PM
Reply-To: Joe Lumley <joelumley11671@yahoo.com>
To: "harleyerbe@erbelaw.com" <harleyerbe@erbelaw.com>

I emailed them and this is what was sent back

Yahoo Mail: Search, Organize, Conquer

----- Forwarded Message -----
**From:** "Jiffy Lube Store 00138" <Store00138@jiffylube.com>
**To:**
**Sent:** Mon, Dec 9, 2024 at 2:10 PM
**Subject:** Fw: Improper salary deductions

Angelina Miller
Assistant General Manager
Jiffy Lube #138
3609 Merle Hay Rd.
Des Moines, IA 50310
(515) 270-8557

From: payroll@premiumvelocity.com <payroll@premiumvelocity.com>
Sent: Monday, December 9, 2024 2:03 PM
To: Jiffy Lube Store 00138 <Store00138@jiffylube.com>
Cc: Tonia.Emery@premiumvelocity.com <Tonia.Emery@premiumvelocity.com>;
jasminedavis@premiumvelocity.com <jasminedavis@premiumvelocity.com>;
payroll@premiumvelocity.com <payroll@premiumvelocity.com>
Subject: RE: Improper salary deductions

Hi Joseph,

I noticed according to your timecard, you are working 4 days a week for most payrolls you have listed.  As a salaried
employee you are paid by the days you work and not the hours you work.

Please let me know if there are further questions or if there is a need to discuss via a phone call.

Thanks

**Karen Milton**

**From:** Jiffy Lube Store 00138 <Store00138@jiffylube.com>
**Sent:** Monday, December 9, 2024 12:52 PM
**To:** Davis, Jasmine PVA-DLA/3 <jasminedavis@premiumvelocity.com>; PVA payroll PVA-DLA/3
<payroll@premiumvelocity.com>
**Cc:** Emery, Tonia PVA-DLA/3 <Tonia.Emery@premiumvelocity.com>
**Subject:** Re: Improper salary deductions

Thank you. I appreciate that.

**From:** jasminedavis@premiumvelocity.com <jasminedavis@premiumvelocity.com>
**Sent:** Monday, December 9, 2024 12:51 PM
**To:** Jiffy Lube Store 00138 <Store00138@jiffylube.com>; payroll@premiumvelocity.com <payroll@premiumvelocity.com>
**Cc:** Tonia.Emery@premiumvelocity.com <Tonia.Emery@premiumvelocity.com>
**Subject:** RE: Improper salary deductions

Hi Joseph,

I'm going to forward your pay concerns over to the payroll department @PVA payroll PVA-DLA/3

**Jasmine G. Davis**

HRIS Analyst

**_Premium Velocity Auto LLC DBA Jiffy Lube®_**



**From:** Jiffy Lube Store 00138 <Store00138@jiffylube.com>
**Sent:** Monday, December 9, 2024 12:50 PM
**To:** Davis, Jasmine PVA-DLA/3 <jasminedavis@premiumvelocity.com>
**Subject:** Improper salary deductions

Hello Jasmine,

For the past several months, I have noticed on my paychecks that I was not paid my full salary amount. And even sometimes, I have been clocked in for 43 hours and been paid for only 32 hours. When I look back, this has been occurring since around the middle of this year. Prior to this, I had worked anywhere from 40 all the way up to 70+ hours a week and was always compensated my full salary. I have done some research and according to 29

CFR 541.602 the salary basis (federal statute) I have been incorrectly compensated. The following pay dates are the ones I know of as of now:

12/06/2024

11/22/2024

09/12/2024

07/12/2024

06/28/2024

06/07/2024

05/31/2024

Please feel free to contact me if you have any questions.

Thank you,

Joseph Lumley

General Manager

Jiffy Lube #138

3609 Merle Hay Rd.

Des Moines, IA 50310

(515) 270-8557