**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Joseph Lumley

v.                                          Case Number: 4:25–cv–02524

Premium Velocity Auto, LLC

---

**NOTICE OF RESETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
by video
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/18/2025

**TIME:** 04:30 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:    October 29, 2025

Nathan Ochsner, Clerk