# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

JOSEPH LUMLEY, on behalf of himself and all other similarly situated,

v.

PREMIUM VELOCITY AUTO, LLC,

Case No.: 4:25-cv-02524

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff Joseph Lumley files this Certificate of Interested Parties:

1.     Plaintiff Joseph Lumley, on behalf of himself and others similarly situated;

2.     Opt-in Plaintiff Jeremy Wray;

3.     Plaintiff's counsel;

4.     Defendant Premium Velocity Auto, LLC; and

5.     Defendant's counsel.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

**/s/ Rex Burch**

By: _____

Richard J. (Rex) Burch
Texas Bar No. 24001807
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone:      (713) 877-8788
Telecopier:      (713) 877-8065
rburch@brucknerburch.com

J. Barton Goplerud (pro hac vice forthcoming)
Brian O. Marty (pro hac vice forthcoming)
SHINDLER ANDERSON GOPLERUD &
WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone:      (515) 223-4567
Facsimile:      (515) 223-8887
Email:  goplerud@sagwlaw.com
          marty@sagwlaw.com

Harley C. Erbe (pro hac vice)
ERBE LAW FIRM
2501 Grand Avenue, First Floor
Des Moines, Iowa 50312
Office: (515) 281-1460
Mobile: (515) 229-0202
Facsimile: (515) 384-0084
E-Mail: harleyerbe@erbelaw.com

ATTORNEYS FOR PLAINTIFF

#### CERTIFICATE OF SERVICE

On November 4, 2025, I served a copy of this document on all registered parties and/or their counsel of record, via the Court's CM/ECF system.

**/s/ Rex Burch**

_____

Richard J. (Rex) Burch

- 2 -