United States District Court
Southern District of Texas

**ENTERED**

November 20, 2025

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOSEPH LUMLEY, *on behalf of himself and all others similarly situated* | § § § § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. H-25-2524 |
| | § | |
| Premium Velocity Auto, LLC | § § | |
| Defendants. | § | |

**SCHEDULING AND
DOCKET CONTROL ORDER**

The disposition of this case will be controlled by the following schedule:

1. N/A  **MOTIONS TO ADD NEW PARTIES**
No new parties are needed.

2. January 9, 2026  **MOTIONS FOR LEAVE TO AMEND PLEADINGS**
Parties filing motions for leave to amend after this deadline must show good cause.

3. N/A  **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES**
No experts are needed.

4.  **MOTION FOR CLASS CERTIFICATION**

January 30, 2026  The plaintiff must file his motion for class certification by this deadline.

February 27, 2026  The defendant must respond to the class-certification motion by this deadline.

March 13, 2026  The plaintiff must file his reply in support of his class-certification motion by this deadline.

5. June 26, 2026  **MEDIATION**
Mediation or other form of dispute resolution must be completed by this deadline.

6. September 25, 2026

**COMPLETION OF DISCOVERY**
Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

7. October 30, 2026

**PRETRIAL DISPOSITIVE MOTIONS DEADLINE**
No motion may be filed after this date except for good cause.

8. December 18, 2026

**JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

9. January 11, 2027

**DOCKET CALL**
Docket Call will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable.

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Ms. Glenda Hassan at Glenda_Hassan@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on November 18, 2025, at Houston, Texas.

_Lee H. Rosenthal_
_____
Lee H. Rosenthal
Senior United States District Judge

2