UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-02524 |
|---|---|---|---|

| Joseph Lumley |
|---|

| *versus* |
|---|

| Premium Velocity Auto, LLC |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John B. Goplerud<br>Shindler, Anderson, Goplerud & Weese, PC<br>5015 Grand Ridge Dr. Suite 100<br>West Des Moines, IA 50265<br>515-223-4567; golperud@sagwlaw.com<br>Iowa AT0002983<br>Southern District Iowa<br>Northern District Iowa |
|---|---|

| Name of party applicant seeks to appear for: | Joseph Lumley |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/24/2025 | Signed: /s/ John B. Goplerud |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                                            United States District Judge