United States District Court
Southern District of Texas

**ENTERED**
November 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-02524 |
|---|---|---|---|

| Joseph Lumley |
|---|
| *versus* |
| Premium Velocity Auto, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Brian O. Marty<br>Shindler, Anderson, Goplerud & Weese, PC<br>5015 Grand Ridge Dr. Suite 100<br>West Des Moines, IA 50265<br>515-223-4567; marty@sagwlaw.com<br>Iowa AT0011622<br>Southern District Iowa<br>Northern District Iowa |
|---|---|

| Name of party applicant seeks to appear for: | Joseph Lumley |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ____✓____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   11/24/2025 | Signed:                    /s/ Brian O. Marty |
|---|---|

| The state bar reports that the applicant's status is:   in good standing. |
|---|
| Dated:   11/25/2025 | Clerk's signature   *Glenda Hassan* |

| **Order** | **This lawyer is admitted *pro hac vice*.**<br><br>*Lee H. Rosenthal*<br>————————————————<br>United States District Judge |
|---|---|

Dated:   11/25/2025