United States District Court
Southern District of Texas

**ENTERED**
November 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | | Case Number | 4:25-cv-02524 |
|---|---|---|---|---|
| | Joseph Lumley | | | |
| | *versus* | | | |
| | Premium Velocity Auto, LLC | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | John B. Goplerud<br>Shindler, Anderson, Goplerud & Weese, PC<br>5015 Grand Ridge Dr. Suite 100<br>West Des Moines, IA 50265<br>515-223-4567; golperud@sagwlaw.com<br>Iowa AT0002983<br>Southern District Iowa<br>Northern District Iowa |
|---|---|

| Name of party applicant seeks to appear for: | Joseph Lumley |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No ___✓___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 11/24/2025 | Signed: /s/ John B. Goplerud |
|---|---|

| The state bar reports that the applicant's status is: in good standing. |
|---|
| Dated: 11/25/2025 | Clerk's signature *Glenda Hassan* |

| **Order** |
|---|

Dated: 11/25/2025

**This lawyer is admitted *pro hac vice*.**

_/s/ Lee H. Rosenthal_____
United States District Judge