**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JOSEPH LUMLEY, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-02524 |
| | § | |
| PREMIUM VELOCITY AUTO, LLC | § | |
|    Defendant. | § | |
| | § | |

**PREMIUM VELOCITY AUTO, LLC'S CERTIFICATE OF INTERESTED**
**PERSONS/DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the FEDERAL RULES OF CIVIL PROCEDURE, Defendant Premium Velocity Auto, LLC, provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):

1. Premium Velocity Auto, LLC is a wholly owned subsidiary of Jiffy Lube International, Inc.
2. Jiffy Lube International, Inc. is a wholly owned subsidiary of Pennzoil-Quaker State Company dba SOPUS Products, a Delaware corporation.

(*signature on following page*)

Respectfully submitted,

**STEWART LAW GROUP PLLC**

*/s/ Andrea E. Cook*
**Amy M. Stewart**
State Bar No. 24060660
Email: astewart@stewartlawgrp.com
**Andrea E. Cook**
State Bar No. 24085969
Email: acook@stewartlawgrp.com
**George Elias Emery**
State Bar No. 24087473
E-mail: gemery@stewartlawgrp.com
One Arts Plaza
1722 Routh St., Suite 745
Dallas, Texas 75201
**ATTORNEYS FOR DEFENDANT**
**PREMIUM VELOCITY AUTO, LLC**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record pursuant to the Federal Rules of Civil Procedure on December 23, 2025.

**VIA E-SERVICE:**
**BRUCKNER BURCH PLLC**
Richard J. (Rex) Burch
Texas Bar No. 24001807
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: (713) 877-8788
rburch@brucknerburch.com

J. Barton Goplerud
Brian O. Marty
**SHINDLER ANDERSON GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Email: goplerud@sagwlaw.com
marty@sagwlaw.com
Harley C. Erbe (pro hac vice admitted)

**ERBE LAW FIRM**
2501 Grand Avenue, First Floor
Des Moines, Iowa 50312
Office: (515) 281-1460
Mobile: (515) 229-0202
Facsimile: (515) 384-0084
E-Mail: harleyerbe@erbelaw.com

**ATTORNEYS FOR PLAINTIFF**

> */s/ Andrea E. Cook*
> ANDREA E. COOK