IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH LUMLEY, on behalf of himself and all other similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:25-cv-02524 |
| PREMIUM VELOCITY AUTO, LLC. | § § § | |
| Defendant. | § | |

## DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Defendant Premium Velocity Auto, LLC ("Defendant") files this Unopposed Motion to Substitute Counsel, requesting the Court to substitute Pamela D. Williams and Ashton P. Hoffman (and the law firm of Jackson Lewis P.C.) as attorneys of record for Defendant in this matter in place of Andrea E. Cook, Amy M. Stewart, Andre D. Johnson, and George Elias Emery and shows as follows:

1. Defendant is currently represented by Andrea E. Cook, Amy M. Stewart, Andre D. Johnson, and George Elias Emery, Stewart Law Group, 1722 Routh St., Suite 745, Dallas, Texas 75201.

2. Defendant wishes to be represented by Pamela D. Williams and Ashton P. Hoffman in this matter, and does not object to the withdrawal of the former attorneys. Andrea E. Cook, Amy M. Stewart, Andre D. Johnson, and George Elias Emery also approve of this substitution.

3. Defendant requests the Court enter an order allowing Andrea E. Cook, Amy M. Stewart, Andre D. Johnson and George Elias Emery (and their respective law firm) to withdraw from representing Defendant, and to substitute Pamela D. Williams and Ashton P. Hoffman of the law firm of Jackson Lewis P.C. as attorneys of record to be noticed in this case.

4.　　　This substitution is not sought for purposes of delay and will not prejudice the interests of the parties.

5.　　　The undersigned counsel conferred with Defendant who confirmed its desire for the substitution of counsel and who confirmed current counsel's approval the substitution.

6.　　　The undersigned counsel conferred with counsel for Plaintiff on January 21, 2026 via telephone regarding this motion. Counsel advised that Plaintiff is not opposed to this motion.

Dated: January 23, 2026

Respectfully submitted,

**JACKSON LEWIS P.C.**

By: */s/ Pamela D. Williams*
　　Pamela D. Williams
　　Texas State Bar No. 00784017
　　S.D. Tex. Bar No. 26863
　　Pamela.Williams@jacksonlewis.com
　　Ashton P. Hoffman
　　Texas Bar No. 24116525
　　S.D. Tex. Bar No. 3472693
　　Ashton.Hoffman@jacksonlewis.com
　　717 Texas Avenue, Suite 1700
　　Houston, Texas 77002
　　Telephone: (713) 650-0404
　　Facsimile:  (713) 650-0405

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

I certify that on January 21, 2026 and January 22, 2026, Defendant's proposed new counsel conferred telephonically and via text message with counsel for Plaintiff who stated Plaintiff's non-opposition to substitution. I likewise certify that Defendant requested the withdrawal of current counsel and substitution of proposed counsel.

*/s/ Ashton P. Hoffman*
Ashton P. Hoffman

## <u>CERTIFICATE OF SERVICE</u>

I certify that I filed the foregoing *Defendant's Unopposed Motion to Substitute Counsel* in accordance with the protocols for e-filing through the CM/ECF system in the United States District Court for the Southern District of Texas, Houston Division, on January 23, 2026, and therefore it has been served upon all counsel of record in accordance with such e-filing protocols as follows:

Andrea E. Cook
Amy M. Stewart
George Elias Emery
**STEWART LAW GROUP PLLC**
One Arts Plaza
1722 Routh St., Suite 745
Dallas, Texas 75201
Email: acook@stewartlawgrp.com
Email: astewart@stewartlawgrp.com
Email: gemery@stewartlawgrp.com

Richard J. Burch
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Ste. 3025
Houston, Texas 77046
Email: rburch@brucknerburch.com

J. Barton Goplerud
Brian O. Marty
**SHINDLER ANDERSON GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Email: marty@sagwlaw.com

Harley C. Erbe
**ERBE LAW FIRM**
2501 Grand Avenue, First Floor
Des Moines, Iowa 50312
Email: harleyerbe@erbelaw.com

*/s/Pamela D. William*_____
Pamela D. Williams