IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH LUMLEY, on behalf of himself and all other similarly situated, | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 4:25-cv-02524 |
| PREMIUM VELOCITY AUTO, LLC. | §<br>§<br>§ | |
| Defendant. | § | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

On this day, the Court considered the Defendant's Unopposed Motion to Substitute Counsel. The Court finds the Motion is well taken and should be in all respects granted.

It is therefore ORDERED that the Defendant's Unopposed Motion to Substitute Counsel is granted.

Andrea E. Cook, Amy M. Stewart, Andre Johnson, and George Elias Emery of Stewart Law Group are **WITHDRAWN** as counsel for Defendant

Pamela D. Williams, Ashton P. Hoffman and the law firm of Jackson Lewis P.C. are **SUBSTITUTED** as counsel of record for the Defendant.

IT IS SO ORDERED on this _____ day of _____, 2026.

_____
HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE