IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JOSEPH LUMLEY, on behalf of himself      §
and all other similarly situated,        §
                                         §
        Plaintiff,                       §
                                         §    CIVIL ACTION NO. 4:25-cv-02524
v.                                       §
                                         §
PREMIUM VELOCITY AUTO, LLC.              §
                                         §
        Defendant.                       §

**DEFENDANT'S UNOPPOSED MOTION
FOR LEAVE TO FILE AMENDED ANSWER AND AFFIRMATIVE DEFENSES**

Defendant Premium Velocity Auto, LLC ("Defendant") files this Unopposed Motion For Leave to File Amended Answer and Affirmative Defenses and shows as follows:

1.      Defendant filed its Original Answer and Affirmative Defenses on October 6, 2025. Dkt. 16.

2.      Since it filed its answer, Defendant has decided to substitute counsel for the reasons explained in Defendant's Motion to Substitute Counsel, concurrently filed herewith

3.      Defendant and its newly retained counsel believe that there are additional responses, defenses, and affirmative defenses which should be included in its pleadings, and as such requests the opportunity to assert those defenses and responses via an Amended Answer and Affirmative Defenses.

4.      "A party may amend its pleading once as a matter of course no later than…21 days after serving it…" *See* Fed. R. Civ. P. 15(a). Because newly appointed counsel became involved in this matter more than 21 days after Defendant filed its answer, newly appointed counsel had no opportunity to amend as a matter of course pursuant to Fed. R. Civ. P. 15(a).

5. Failing an amendment as a matter of course, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

6. Here, opposing counsel provided written consent and stated Plaintiff's non-opposition to this Motion via text message on January 22, 2026. And for the reasons outlined above, it would be appropriate and just for the Court to grant leave to file an amended Answer and Affirmative Defenses containing a set of responses and defenses appropriate for the claims at issue in this case.

7. No party will be prejudiced by the Court's granting of this motion. The current discovery deadline is September 25, 2026. As such, Plaintiff will have ample opportunity to conduct discovery regarding any responses and defenses asserted by Defendant in an amended Answer.

Dated: January 23, 2026

Respectfully submitted,

**JACKSON LEWIS P.C.**

By: */s/ Pamela D. Williams*
 Pamela D. Williams
 Texas State Bar No. 00784017
 S.D. Tex. Bar No. 26863
 Pamela.Williams@jacksonlewis.com
 Ashton P. Hoffman
 Texas Bar No. 24116525
 S.D. Tex. Bar No. 3472693
 Ashton.Hoffman@jacksonlewis.com
 717 Texas Avenue, Suite 1700
 Houston, Texas 77002
 Telephone: (713) 650-0404
 Facsimile:  (713) 650-0405

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

I certify that on January 22, 2026, counsel conferred on this Motion via text message and counsel for Plaintiff stated his non-opposition to the Motion.

*/s/ Ashton P. Hoffman*
Ashton P. Hoffman

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing *Defendant's Unopposed Motion for Leave to File Amended Answer and Affirmative Defenses* in accordance with the protocols for e-filing through the CM/ECF system in the United States District Court for the Southern District of Texas, Houston Division, on January 23, 2026, and therefore it has been served upon all counsel of record in accordance with such e-filing protocols as follows:

Andrea E. Cook
Amy M. Stewart
George Elias Emery
**STEWART LAW GROUP PLLC**
One Arts Plaza
1722 Routh St., Suite 745
Dallas, Texas 75201
Email: acook@stewartlawgrp.com
Email: astewart@stewartlawgrp.com
Email: gemery@stewartlawgrp.com

Richard J. Burch
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Ste. 3025
Houston, Texas 77046
Email: rburch@brucknerburch.com

J. Barton Goplerud
Brian O. Marty
**SHINDLER ANDERSON GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Email: marty@sagwlaw.com

Harley C. Erbe
**ERBE LAW FIRM**
2501 Grand Avenue, First Floor
Des Moines, Iowa 50312
Email: harleyerbe@erbelaw.com

*/s/ Pamela D. Williams*
Pamela D. Williams