IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH LUMLEY, on behalf of himself and all other similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:25-cv-02524 |
| PREMIUM VELOCITY AUTO, LLC. | § § § | |
| Defendant. | § | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWER AND AFFIRMATIVE DEFENSES**

On this day, the Court considered the Defendant's Unopposed Motion For Leave to File Amended Answer and Affirmative Defenses. The Court finds the Motion is well taken and should be in all respects granted.

It is therefore ORDERED that the Defendant's Unopposed Motion For Leave to File Amended Answer and Affirmative Defenses is GRANTED.

Defendant may file an Amended Answer and Affirmative Defenses by _____.

IT IS SO ORDERED on this _____ day of _____, 2026.

_____
HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE