IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH LUMLEY, on behalf of himself and all other similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:25-cv-02524 |
| PREMIUM VELOCITY AUTO, LLC. | § § | |
| Defendant. | § § | |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO STAY CASE
AND TOLL STATUTE OF LIMITATIONS**

On this day, the Court considered the Parties' Joint Motion to Stay Case and Toll Statute of Limitations. The Court finds the Motion is well taken and should be in all respects granted.

It is therefore **ORDERED** that the Parties' Joint Motion to Stay Case and Toll Statute of Limitations is granted.

All deadlines contained in the Scheduling and Docket Control Order (Dkt. 22) are hereby **STAYED** for a period of sixty (60) days through and including March 23, 2026.

The statute of limitations under the Fair Labor Standards Act ("FLSA") for Plaintiff's and the Putative Collective Members' claims shall be **TOLLED** during the period of the stay.

At the end of the stay, the Parties shall file a status report with the Court advising whether the Parties have agreed to proceed to mediation or whether the Parties wish for the stay and tolling period to end and the litigation continue.

If the Parties agree that litigation should continue, the Parties shall submit a revised proposed Scheduling and Docket Control Order for the Court's consideration within 10 days of the expiration of the stay.

IT IS SO ORDERED on this _____ day of _____, 2026.

_____
HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

[PROPOSED ORDER GRANTING JOINT MOTION TO STAY CASE
AND TOLL STATUTE OF LIMITATIONS                                    PAGE 2