United States District Court
Southern District of Texas
**ENTERED**
January 25, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH LUMLEY, on behalf of himself and all other similarly situated, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:25-cv-02524 |
| PREMIUM VELOCITY AUTO, LLC. | § § § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION**
**TO SUBSTITUTE COUNSEL**

The Defendant filed an Unopposed Motion to Substitute Counsel. (Docket Entry No. 28). The motion is granted. Andrea E. Cook, Amy M. Stewart, Andre Johnson, and George Elias Emery of Stewart Law Group are withdrawn as counsel for Premium Velocity Auto, LLC. Pamela D. Williams, Ashton P. Hoffman, and the law firm of Jackson Lewis P.C. are substituted as counsel of record.

IT IS SO ORDERED on this __23rd__ day of __January__, 2026.

_____
Honorable Lee H. Rosenthal
Senior United States District Judge