United States District Court
Southern District of Texas

**ENTERED**

January 25, 2026

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH LUMLEY, on behalf of himself and all other similarly situated, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:25-cv-02524 |
| PREMIUM VELOCITY AUTO, LLC. | § § § | |
| Defendant. | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR
LEAVE TO FILE AMENDED ANSWER AND AFFIRMATIVE DEFENSES**

The Defendant filed an Unopposed Motion for Leave to File Amended Answer and Affirmative Defenses. (Docket Entry No. 29). The motion is granted. Defendant may file an amended answer and affirmative defenses by February 6, 2026.

IT IS SO ORDERED on this  23rd  day of  January , 2026.

_____
Honorable Lee H. Rosenthal
Senior United States District Judge