United States District Court
Southern District of Texas
**ENTERED**
January 25, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

JOSEPH LUMLEY, on behalf of himself     §
and all others similarly situated,       §
                                         §
          Plaintiff,                     §     CIVIL ACTION NO. H-25-2524
                                         §
v.                                       §
                                         §
PREMIUM VELOCITY AUTO, LLC,              §
                                         §
          Defendant.                     §

**ORDER**

The parties have jointly moved to stay the case and toll the statute of limitations.  (Docket Entry No. 30).  The motion is granted.

All deadlines in the Scheduling and Docket Control Order, (Docket Entry No. 22), are hereby stayed for a period of sixty (60) days through and including March 23, 2026.

The statute of limitations under the Fair Labor Standards Act for the plaintiff's and the putative collective members' claims are tolled during the period of the stay.

At the end of the stay, the parties must file a status report with the court advising whether they have agreed to mediate or whether the court should lift the stay to allow litigation to proceed.

SIGNED on January 25, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge