UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-02524 |
|---|---|---|---|

| Joseph Lumley, on behalf of himself and all other similarly situated, |
|---|
| *versus* |
| Premium Velocity Auto, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Eric R. Magnus<br>Jackson Lewis P.C.<br>171 17th Street, NW, Suite 1200<br>Atlanta, GA 30363<br>(404) 525-8200/ Eric.Magnus@jacksonlewis.com<br>Georgia SBN: 801405 |
|---|---|

| Name of party applicant seeks to appear for: | Premium Velocity Auto, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __ No ___ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated:   1/29/2026 | Signed:   /s/ Eric R. Magnus |
|---|---|

| The state bar reports that the applicant's status is: **See attached certificate.** |
|---|
| Dated:            Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____          _____

                                      United States District Judge



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**                    }
                                                } ss.
**NORTHERN DISTRICT OF GEORGIA**                }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District

of Georgia,

**DO HEREBY CERTIFY** that **ERIC R. MAGNUS, State Bar No. 801405,** was duly

admitted to practice in said Court on May 22, 2006, and is in good standing as a member of the

bar of said Court.

Dated at Atlanta, Georgia, this 29th day of January, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Stephanie Wilson-Bynum
Deputy Clerk