United States District Court
Southern District of Texas

**ENTERED**
February 02, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-02524 |
|---|---|---|---|

| Joseph Lumley, on behalf of himself and all other similarly situated, |
|---|
| *versus* |
| Premium Velocity Auto, LLC |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Eric R. Magnus<br>Jackson Lewis P.C.<br>171 17th Street, NW, Suite 1200<br>Atlanta, GA 30363<br>(404) 525-8200/ Eric.Magnus@jacksonlewis.com<br>Georgia SBN: 801405 |
|---|---|

| Name of party applicant seeks to appear for: | Premium Velocity Auto, LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes __    __  No ___ ✔ __ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/29/2026 | Signed: /s/ Eric R. Magnus |
|---|---|

| The state bar reports that the applicant's status is: **See attached certificate.** |
|---|
| Dated: 2/2/2026 | Clerk's signature *Glenda Hassan* |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

*Lee H. Rosenthal*

Dated: 2/2/2026

United States District Judge