IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH LUMLEY, on behalf of himself and all other similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:25-cv-02524 |
| PREMIUM VELOCITY AUTO, LLC. | § § § | |
| Defendant. | § | |

## JOINT STATUS REPORT

Plaintiff Joseph Lumley and Defendant Premium Velocity Auto, LLC (collectively the "Parties") file this Joint Status Report as required by the Court's January 23, 2026 Order (Dkt. 33), the Parties state as follows:

1.　　The Parties have conferred regarding the possibility of mediation in this matter and agree that a full day, private mediation would be a productive endeavor.

2.　　The Parties have exchanged data and scheduled a full day, private mediation on May 18, 2026.

3.　　The Parties request that the Court maintain the stay on this matter until after the date of the mediation, at which point the Parties will file an additional Joint Status Report to inform the Court of the results of the mediation.

4.　　The Parties submit that the continued stay serves the interests of justice and judicial economy by giving the Parties time to continue engaging in a potential resolution of this matter before incurring significant fees and costs in the effort to pursue and defend this matter.

Dated: March 23, 2026

Respectfully submitted,

**JACKSON LEWIS P.C.**

By: */s/ Pamela D. Williams*
  Pamela D. Williams
  Texas State Bar No. 00784017
  S.D. Tex. Bar No. 26863
  Pamela.Williams@jacksonlewis.com
  Ashton P. Hoffman
  Texas Bar No. 24116525
  S.D. Tex. Bar No. 3472693
  Ashton.Hoffman@jacksonlewis.com
  717 Texas Avenue, Suite 1700
  Houston, Texas 77002
  Telephone: (713) 650-0404
  Facsimile:  (713) 650-0405

**ATTORNEYS FOR DEFENDANT**

  And

*/s/ Richard J. (Rex) Burch (signed with permission)*
Richard J. Burch
Texas State Bar No. 24001807
BRUCKNER BURCH PLLC
11 Greenway Plaza, Ste. 3025
Houston, Texas 77046
Email: rburch@brucknerburch.com

J. Barton Goplerud
Brian O. Marty
SHINDLER ANDERSON GOPLERUD
& WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: goplerud@sagwlaw.com
marty@sagwlaw.com

Harley C. Erbe
ERBE LAW FIRM
2501 Grand Avenue, First Floor
Des Moines, Iowa 50312
Office: (515) 281-1460
Mobile: (515) 229-0202
Facsimile: (515) 384-0084

E-Mail: harleyerbe@erbelaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing *Joint Status Report* in accordance with the protocols for e-filing through the CM/ECF system in the United States District Court for the Southern District of Texas, Houston Division, on January 23, 2026, and therefore it has been served upon all counsel of record in accordance with such e-filing protocols as follows:

Andrea E. Cook
Amy M. Stewart
George Elias Emery
**STEWART LAW GROUP PLLC**
One Arts Plaza
1722 Routh St., Suite 745
Dallas, Texas 75201
Email: acook@stewartlawgrp.com
Email: astewart@stewartlawgrp.com
Email: gemery@stewartlawgrp.com

J. Barton Goplerud
Brian O. Marty
**SHINDLER ANDERSON GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Email: marty@sagwlaw.com

Richard J. Burch
**BRUCKNER BURCH PLLC**
11 Greenway Plaza, Ste. 3025
Houston, Texas 77046
Email: rburch@brucknerburch.com

Harley C. Erbe
**ERBE LAW FIRM**
2501 Grand Avenue, First Floor
Des Moines, Iowa 50312
Email: harleyerbe@erbelaw.com

*/s/Pamela D. Williams*
Pamela D. Williams